# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Sean C. Sheely
+1 212-513-3538
sean.sheely@hklaw.com

December 14, 2022

*Via ECF*

The Honorable Daniel J. Stewart
United States Magistrate Judge for the Northern
District of New York
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

> Re:   *AngioDynamics, Inc. v. Kathryn O'Malley Bailey*, No. 1:22-cv-979-DNH/DJS

Your Honor:

We represent Plaintiff AngioDynamics, Inc. ("AngioDynamics") in the above-referenced matter. We write jointly with counsel for Defendant, Kathryn O'Malley Bailey ("Bailey") to request that the initial conference in this matter, which is currently scheduled to be conducted in-person on December 19, 2022 at 9:00 AM before Your Honor be converted to a telephone conference in the interest of efficiency.

Please do not hesitate to contact me with any questions.

Sincerely yours,

HOLLAND & KNIGHT LLP

*/s Sean C. Sheely*

Sean C. Sheely

cc:   Adria Lamba (*via ECF*)
      Kieran Corcoran (*via ECF*)

Atlanta | Austin | Boston | Century City | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Fort Worth
Houston | Jacksonville | Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia
Portland |Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach